IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIO PINEDA VELAQUEZ,<br><br>      Petitioner,<br><br>   v.<br><br>KRISTI NOEM, SECRETARY<br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*<br><br>      Respondents. | The Court is in receipt of the Parties' Joint Status Report ("JSR") (ECF No. 25). In light of the JSR, the Court hereby **ORDERS** that no further status reports are due, and the Clerk shall **CLOSE** this case. The Clerk shall **PROVIDE** a copy of this Order to all counsel of record. So ordered this 5th day of November, 2025.<br><br>/s/<br>George L. Russell, III<br>Chief United States District Judge |

Case No. 1:25-cv-03215-GLR

## JOINT STATUS REPORT

Pursuant to this Court's order of October 27, 2025, the parties hereby file the following joint status report.

1. Respondents facilitated Petitioner's return to Baltimore, Maryland and filed an Emergency Motion for a Bond Hearing with the Immigration Court in Maryland seeking a bond hearing with an Immigration Judge in Maryland; that motion attached this Court's Order.

2. An order was entered setting a bond hearing with an Immigration Judge for October 29, 2025, in Hyattsville, Maryland.

3. At the bond hearing on October 29, 2025, counsel for Respondent DHS was present in person in Hyattsville. Petitioner's counsel (Felipe Fernandez Leon) appeared by video from his office, Petitioner appeared by video from an Immigration Courtroom at 31 Hopkins Plaza in Baltimore. AUSA Arnold was present in Baltimore to observe.

4. At the bond hearing, Immigration Judge Cubas heard from each side and reviewed all evidence submitted and granted Petitioner release on bond in the sum of $ 5,000.00. *See* Attached Bond Order.

1